UNITED STATES of America, Plaintiff—Appellee,

v.

Larry GAVIN, Defendant—Appellant.

No. 01–30229.

D.C. No. CR–99–00133–JMF.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2002 *.

Decided May 28, 2002.

Before FERNANDEZ, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Larry Gavin appeals the sentence imposed following his guilty plea conviction for possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). As part of the plea agreement, Gavin waived the right to appeal his sentence and conviction. We are satisfied that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily. *United States v. Aguilar–Muniz,* 156 F.3d 974, 976 (9th Cir.1998). We reject Gavin's contention that the waiver is unenforceable because his sentence under 21 U.S.C. § 841 is unconstitutional. *United States v. Buckland,* 277 F.3d 1173, 1177, 1187 (9th

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Cir.2002) (*en banc*) (concluding that section 841 is not facially unconstitutional).

DISMISSED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.